AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Northern District of West Virginia

United States of America
v.

SAMEUL STEPHON TILLEY

*Defendant*

)
)
)
)
)
)
)

Case No.    1:26-CR- 85

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    SAMUEL STEPHON TILLEY                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

COUNT 1 - Vountary Manslaughter - 18 U.S.C. §§ 1112(a)
COUNT 2 - Assault Resulting in Serious Bodily Injury - 18 U.S.C. §§ 113(a)(6)

Date:    07/14/2026

_____
*Issuing officer's signature*

City and state:    Clarksburg, WV

MICHAEL JOHN ALOI, US MAGISTRATE JUDGE
JAMES Mazzone *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 7/14/2026 , and the person was arrested on *(date)* 7/23/2026 at *(city and state)* _____ . |
| Date: 7/23/2026 |

_____
*Arresting officer's signature*

SA / Jeff Noel
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:    SAMUEL STEPHON TILLEY

Known aliases: _____

Last known residence:    1035 35th Street Newport News, VA 23607

Prior addresses to which defendant/offender may still have ties: _____

_____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth:    09/01/1984

Social Security number:    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

Height: _____    Weight: _____

Sex: _____    Race: _____

Hair: _____    Eyes: _____

Scars, tattoos, other distinguishing marks: _____

_____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number:    468532EC3

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____