# INITIAL APPEARANCE MINUTES:

Time set: 2:30

Start Time: 2:40

End Time: 2:45

Split Time ( )

Date: 7/23/26

Presiding Judge: Lawrence R. Leonard, USMJ

Courtroom Deputy: Woodcock, L

Reporter: FTR-Mag 2

U.S. Attorney: Jeremy Mckinnon, SAUSA

Defense Counsel: _____

( ) Retained ( ) Court appointed ( ) AFPD

Interpreter: _____

Case Number: 2:26mj252

USA v. Samuel Stephon Tilley

( X ) Deft. Present ( X ) custody ( ) not in custody

( X ) Initial Appearance ( ) Indictment ( ) Probation Violation Petition ( ) Supervised Release Petition
( ) Criminal Information ( X ) Rule 5 arrest ( ) Rule 32 arrest ( ) Criminal Complaint

( ) Defendant consented to video proceedings. Order entered and filed

( X ) Deft. advised of rights, charges and right to counsel

( X ) Counsel desired ( ) Defendant to retain: _____

( X ) Oral admonition as required by DPPA given to the prosecutor

( ) Defendant's motion to substitute counsel

( ) Order to substitute counsel executed and filed in open court

( X ) Financial Affidavit filed in open Court

( X ) Court ( X ) Directed ( ) Denied appointment of counsel ( ) FPD Conflict

( X ) Rodolfo Cejas , AFPD present. FPD appointed in open court.

( ) _____, CJA present. CJA appointed in open court

( ) Court directed defendant to reimburse govt. at rate of $_____ per month. Payments to begin and continue each month thereafter until paid in full.

( X ) Defendant waived ( ) Removal ( X ) Preliminary hearing (In this District only)

( ) Defendant executed Waiver of Removal Hearing ( X ) Waiver of Identity Hearing (In this District only)

( X ) Waiver of Detention Hearing (In this District only)

( X ) Commitment to Another District entered and filed in open court

( ) ( ) Preliminary ( ) Removal Hearing set for _____ at _____ before _____
U.S. Magistrate Judge in _____.

( ) Preliminary Hearing ( ) Held ( ) Waived. ( ) Defendant stipulated to probable cause

( ) Court finds probable cause ( ) Defendant held for Grand Jury ( ) Defendant remanded to custody of U.S. Marshal for removal to charging district

( X ) Government motion for Detention ( ) Government not seeking detention

( ) Government motion to withdraw motion for detention and set bond ( ) Granted ( ) Denied

( ) Detention Hearing scheduled for _____ at _____ before _____.

( ) Detention Hearing ( ) Held ( ) Waived in _____.

( ) Temporary Detention Order entered and filed ( ) Detention Ordered Pending Trial

( ) Bond set at $_____

( ) Special Conditions of Release: **(See Page 2)**

( X ) Deft. remanded to custody of U. S. Marshal

( ) Warrant returned executed and filed in open court

( ) Defendant is directed to appear on _____ at _____ for
( ) Arraignment ( ) SRVH ( ) PVH ( ) Bench
Trial
( ) Norfolk ( ) Newport News

( ) _____

( ) _____